OPINION # _____0 - 7513_____ WAS NEVER ISSUED OR

WAS WITHDRAWN.